UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zhong Hua Xu <br>                     Petitioner, <br><br>    versus <br><br> Kristi Noem, Secretary, <br>       Department of Homeland Security, <br> Todd Lyons, Director, <br>       Immigration & Customs Enforcement <br> John Doe, Ward, <br>       Buffalo Federal Detention Facility <br>                              Respondents. | Docket:    1:25-cv-825 |

**Petition for Writ of Habeas Corpus**

1)	Petitioner's A-number with the Department of Homeland Security is A 073 187 749.

2)	Petitioner present this Petition before this Honorable Court requesting that Petitioner, Zhong Hua Xu be released from Respondents' immigration custody while his immigration petition, Form I-130, Petition for Alien Relative and, possibly Form I-485, Application to Adjust Status are pending.  This petition is filed based on Respondents' unlawful detention of Petitioner and Respondents' failure to act in accordance with the law.

**Jurisdictional Basis**

1

1)      The Court has jurisdiction pursuant to 28 U.S.C. § 1331 because the action arises under the Immigration and Nationality Act. This Court has the power to issue a writ of habeas corpus pursuant to 28 U.S.C. § 1651, 2241, and 2242. Furthermore, Petitioner invokes this Court's jurisdiction under 28 U.S.C. §§ 2201 and 2201, as well as under the United States Constitution.

2)      Judicial review of actions by agencies of the United States is authorized under 5 USC §701 et seq. (Administrative Procedure Act or "APA").

## Venue

3)      Venue is proper pursuant to 28 USC §1391(e)(3), which provides that a civil action against the United States or its agencies may be brought in any judicial district in which Petitioner resides if no real property is involved.  Petitioner is currently being detained in ICE detention facility in Batavia, NY.

## Parties

4)      Petitioner is a native and citizen of the People's Republic of China ("China"). He is believed to be a beneficiary of an I-130 Immigration Petition, which was filed by his U.S citizen child.

5)      Defendant, Kristi Noem, is the Secretary of Department of Homeland Security. She is named in this Petition solely in her official capacity.

6)      Defendant, Todd Lyons, is the Director of Immigration & Customs Enforcement He is the head of ICE that is detaining Petitioner. He is named in this Petition solely in his official capacity.

7) John Doe, Ward of Buffalo Federal Detention Facility, is detaining Petitioner. He is named in this Petition solely in his official capacity.

## Factual and Procedural Background

8) Petitioner came to the U.S. through an international airport as an arriving alien.

9) Petitioner has a family restaurant in Rochester, NY

10) Petitioner's son filed Petition I-130, Petitioner for Alien Relative, about two years ago.

11) As of today, it is believed that the I-130 Petition is still pending.

12) Petitioner might have filed Form I-485, Application to Adjust Status. If Petitioner has not filed Form I-485, Petitioner will file Form I-485 soon after I-130 petition is to be approved.

13) Petitioner was arrested by ICE on 09/07/2025 from his property.

14) Respondents do not possess an arrest warrant to arrest Petitioner.

15) He was believed to be in a car on his property when he was arrested by Respondents.

16) Respondents broke the car's window and forcibly arrested Petitioner.

17) Respondents have no right to enter Petitioner's property without a judicial warrant.

18) Respondents are attempting to remove Petitioner from the United States to China.

19) Petitioner's removal from the United States is imminent and irreparable.

## Count I. Unlawful Arrest and Detention of Petitioner

20) Petitioner repeat allegations 8 through the last allegation.

21) Petitioner is eligible to adjust his status.

22) Arrest of Petitioner is unlawful and unreasonable.

23) He was believed to be in a car on his property when he was arrested by Respondents.

24) Detention of Petitioner is unlawful and unreasonable.

25) Respondents gained nothing by removing the Petitioner while I-485 is pending before USCIS.

26) If Petitioner is removed from the U.S., Petitioner will be presumably barred from reentering the U.S. for a period of ten years based on current immigration laws.

27) The Respondents' actions constitute a capricious and unreasonable abuse of their discretion to detain Petitioner.

## Prayer for Relief

WHEREFORE, Petitioner respectfully prays the Court to:

I. Issue a Writ of Habeas Corpus, directing the Respondents to release Petitioner while I-130 Petition and while Petitioner is pursuing his I-485 application.

II. Issue a Writ of Habeas Corpus, directing the Respondents to not to remove Petitioner from the U.S. and not to send Petitioner to China.

III. Issue a Writ of Habeas Corpus, directing the Respondents to release Petitioner immediately;

IV. Grant such other and further relief as this Honorable Court deems just and appropriate.

RESPECTFULLY submitted this 09/08/2025

/s/ Zhou Wang

---

Zhou Wang, Esq
Attorney at Law
P O BOX 130282
New York, New York 10013
Tel: 212 966 8860
Office8860@gmail.com